IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALLSUP, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 11-1026-DRH-SCW |
| | ) |
| WILLIAM TEER, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

**HERNDON, Chief Judge:**

Before the Court is a motion for voluntary dismissal without prejudice (Doc. 33), filed by plaintiff pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i). As defendants have not yet filed an answer or motion for summary judgment, the Court hereby **ACKNOWLEDGES** the dismissal without prejudice. The Court will close the file.

**IT IS SO ORDERED**.

Signed this 3rd day of February, 2012.

David R. Herndon
2012.02.03
13:16:14 -06'00'

**Chief Judge**
**United States District Court**